STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. EN-
RICO GENTILE, *ET AL.*, DEFENDANTS, JOHN HOWARD,
RESPONDENT.

On petition for certification to Superior Court, Appellate
Division.

*Mr. James A. Tumulty, Jr.* and *Mr. Gregory J. Castano* for
the petitioner.

*Mr. John J. Corcoran* for the respondent.

November 30, 1964. ▉▉▉▉▉

CHARLES L. ROBERTS, PLAINTIFF-PETITIONER, v. CIVIL
SERVICE COMMISSION, *ET AL.*, DEFENDANTS-RE-
SPONDENTS.

On petition for certification to Superior Court, Appellate
Division.

See same case below: 85 *N. J. Super.* 77.

*Messrs. Gross & Stavis* and *Mr. William Rossmore* for the
petitioner.

*Mr. Harold M. Kain, Mr. Arthur J. Sills* and *Mrs. Marilyn
Loftus Schauer* for the respondents.